Certificate Number: 17082-PAE-DE-034855906

Bankruptcy Case Number: 20-13094



17082-PAE-DE-034855906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2020, at 9:17 o'clock AM MST, BARBARA A CRAFT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 8, 2020               By:      /s/Orsolya K Lazar

                                        Name:    Orsolya K Lazar

                                        Title:   Executive Director