United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Barbara Ann Craft  
    Debtor

Case No. 20-13094-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 12, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Barbara Ann Craft, 1244 N. Ott Street, Allentown, PA 18104-2920 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Barbara Ann Craft claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Parkland School District and South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara Ann Craft<br>      Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Champion Mortgage Company<br>      Movant<br>vs. | NO. 20-13094 PMM |
| Barbara Ann Craft<br>      Debtor | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire<br>      Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition default with regards to the Claim held by the Movant on the Debtor's residence is **$2,776.75** which breaks down as follows;

| | |
|---|---|
| Taxes for Quarter 1, 2020: | $1,545.75 |
| Fees & Costs Relating to Motion: | $1,231.00 |
| **Total Post-Petition Arrears** | **$2,776.75** |

2. The Debtor shall cure said arrearages in the following manner:

a). Within fourteen (14) days of the filing of this Stipulation, Debtor shall make a payment in the amount of **$1,545.75** to Movant, representing the above Quarter 1 taxes previously disbursed by Movant. Payment shall be made to:

Champion Mortgage Company<br>
P.O. Box 619093<br>
Dallas, TX 75261

    b). With regards to the fees and costs relating to the motion in the amount of $1,231.00, this amount is deemed recoverable and Movant is authorized to add to the underlying principal balance.

  3. Ongoing, Debtor shall be responsible for maintaining and paying all real property taxes and hazard insurance on the property as required by the Note and Mortgage, and upon request, providing secured creditor with proof of payment of real property taxes (or proof of a payment plan for the taxes and compliance therewith) and with proof of valid hazard insurance for the property with secured creditor identified as a loss payee.

  4. In the event Debtor does not comply with Section 2 or Section 3 pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

  5. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

  6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

  7. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date:   December 18, 2020                    By: /s/ Rebecca A. Solarz, Esquire
                                                 Attorney for Movant


Date:  January 6, 2021                       /s/ Charles Laputka, Esquire
                                             Charles Laputka, Esquire
                                             Attorney for Debtor


Date:  1/11/2021                             [signature] for
                                             Scott F. Waterman, Esquire
                                             Chapter 13 Trustee


Approved by the Court this 12th day of January, 2021, 2020. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Bankruptcy Judge
Patricia M. Mayer