## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Barbara Ann Craft<br><br>                    Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Champion Mortgage<br>Company, its successors and/or assigns<br>                    Movant<br>       vs.<br><br>Barbara Ann Craft<br><br>                    Debtor(s)<br><br>Scott F. Waterman<br><br>                    Trustee | CHAPTER 13<br><br><br>NO. 20-13094 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Champion Mortgage Company, which was filed with the Court on or about **September 4, 2020, Docket number 16**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
      Rebecca A. Solarz
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      215-627-1322
      Attorney for Movant/Applicant


February 3, 2021