| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13094-PMM**

Barbara Ann Craft
1244 N. Ott Street
Allentown  PA    18104

Petition Filed Date: 07/23/2020
341 Hearing Date: 08/25/2020
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/29/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2020 | $401.00 | 19097747177 | 09/09/2020 | $401.00 | 19131637021 | 10/14/2020 | $401.00 | 19131637689 |

**Total Receipts for the Period:  $1,203.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,203.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,203.00 | Current Monthly Payment: | $494.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $108.27 | Total Plan Base: | $27,879.00 |
| Funds on Hand: | $1,094.73 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.